**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01220-CV

### IN THE INTEREST OF N.A., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-14-01218-X**

## ORDER

The reporter's record in this termination of parental rights appeal is overdue. In an order dated October 27, 2015, the Court ordered the court reporter to file, within ten days, either the reporter's record or written verification that appellant had not requested the record. We notified appellant that if we received verification that no request for the record had been made, the appeal would be submitted without the reporter's record.

On October 28, 2015, the court reporter filed written verification that she had not received a request for the reporter's record. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **NOVEMBER 19, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE